IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| **TYREE MANSELL** | : | **NO. 16-258-1** |

## ORDER

**AND NOW**, this _23rd_ day of September, 2016, upon consideration of Defendant Tyree Mansell's Motion to Dismiss Count 1(6), Count 8, and Count 9 of the Superseding Indictment (Doc. 31), and the Government's Response in Opposition (Doc. 35), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**