# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 16-258-1** |
| | : | |
| **v.** | : | |
| | : | |
| **TYREE MANSELL** | : | |

## <u>ORDER</u>

This 10th day of April, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF 197) and Defendant's Motion Requesting Permission to Amend Pending 28 U.S.C. § 2255 (ECF 254) are **DENIED**.   Defendant's Motion for Counsel (ECF 257) is also **DENIED.**  No certificate of appealability shall issue.


 /s/  Gerald Austin McHugh
United States District Judge